In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00401-CR
_____

NOMAN KHATRI, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 15-11-11878-CR

MEMORANDUM OPINION

The trial court sentenced Noman Khatri on August 10, 2016. Khatri filed a notice of appeal on October 17, 2016. We notified the parties that Khatri filed the notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b) ("In a criminal case, appeal is perfected by timely filing a sufficient notice of appeal."). Khatri did not file a response.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). No motion for extension of time was timely filed. *See* Tex. R.

App. P. 26.3. The Court finds it is without jurisdiction to entertain this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.

     APPEAL DISMISSED.


                     _____

                     LEANNE JOHNSON
                          Justice


Submitted on December 6, 2016
Opinion Delivered December 7, 2016
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.